UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT H. AJAMIAN,

                Plaintiff,

                                                No. 1:14-CV-1127
          -v-                                   (DNH/RFT)

SAMUEL EGISH ZAKARIAN, Continental
Broker Dealer Corp.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

ROBERT H. AJAMIAN
Plaintiff pro se
30 Eberle Road
Latham, NY 12110

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Robert H. Ajamian filed this complaint pursuant to the Securities Exchange Act of 1934, § 10(b), 15 U.S.C. § 78j(b), for damages resulting from defendant Zakarian's actions. On January 13, 2015, the Honorable Randolph F. Treece, United States Magistrate Judge, advised, by Report-Recommendation that plaintiff's complaint be dismissed on the basis of res judicata and that plaintiff's request for a bond and default judgment be denied. Plaintiff timely filed objections to the Report-Recommendation, as well as numerous other documents which have been broadly construed as objections to the recommendation of dismissal.

Based upon a de novo review of the portions of the Report-Recommendation to which

plaintiff objected, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Finally, plaintiff has made a motion requesting to contact the court by phone for emergency purposes, to confirm his documents have been received and not stricken from the record. This request will be denied as moot in light of this Decision and Order dismissing plaintiff's complaint and closing this case.

Therefore, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED in its entirety;

2. Plaintiff's request for a bond and default judgment is DENIED;

3. Plaintiff's request to contact the court by phone for emergency purposes regarding this case is DENIED as moot; and

4. The Clerk is directed to file a judgment accordingly, serve a copy of this Decision and Order and the judgment on plaintiff, and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: February 5, 2015
         Utica, New York.